OPINION — AG — ** MERIT SYSTEM — APPEAL — SICK LEAVE ** THE PROVISIONS OF RULE 1423 OF THE RULES OF THE OKLAHOMA MERIT SYSTEM OF PERSONNEL ADMINISTRATION, WHICH PROVIDES THAT AN EMPLOYEE MAY NOT APPEAL FROM AN EMPLOYER'S DECISION NOT TO GRANT, CONTINUE OR EXTEND SICK LEAVE WITHOUT PAY, DO NOT VIOLATE THE " DUE PROCESS CLAUSES " OF EITHER THE OKLAHOMA OR UNITED STATES CONSTITUTION. (DUE PROCESS, SICK LEAVE EMPLOYMENT) CITE: ARTICLE II, SECTION 7 (NEAL LEADER)